THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR18-5373RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER CONTINUING TRIAL PURSUANT TO 18 U.S.C. §§ 3161(h)(7)(B)(iv), (h)(l)(D), and (h)(7)(A); AND EXTENDING MOTIONS CUTOFF DATE |
| RYAN MICHAEL BOND, | ) | |
| Defendant. | ) | |

Before this Court is the defendant's motion for continuance of the trial date, which is presently scheduled for August 27, 2018, and for an extension of the pretrial motions cutoff date of August 3, 2018. The government being unopposed to said continuance, the Court finds, after a consideration of all relevant information and the circumstances of this case, that without this continuance the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice, taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense, to explore resolution of this case before trial, and to ensure continuity of defense counsel. The ends of justice would best be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner. For these reasons, the Court finds the defendant's motion for continuance should be granted. The trial

ORDER CONTINUING TRIAL AND EXTENDING
MOTIONS CUTOFF DATE - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405

date scheduled for August 27, 2018 is VACATED.  The trial shall be RESCHEDULED TO December 17, 2018, at 9:30 a.m. in Courtroom A before Judge Robert J. Bryan.  The pretrial motions cutoff date scheduled for August 3, 2018, is VACATED.  The pretrial motions cutoff date shall be RESCHEDULED TO November 9, 2018.  The Pretrial Conference is rescheduled to December 7, 2018, at 8:30 a.m. in Courtroom A before Judge Robert J. Bryan.

Any and all period of delay resulting from the granting of this continuance, from the date of the filing of the defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv), (h)(l)(D), and (h)(7)(A).

IT IS SO ORDERED.

DONE IN OPEN COURT this 30th day of July, 2018.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

HESTER LAW GROUP
Attorneys for Defendant

By: ____/s/ Wayne C. Fricke_____
Wayne C. Fricke
WSB #16550

UNITED STATES ATTORNEY'S OFFICE

By: ____/s/ Approved Via E-Mail: 7/20/18____
Andre M. Penalver
Assistant U.S. Attorney

ORDER CONTINUING TRIAL AND EXTENDING
MOTIONS CUTOFF DATE  - 2